UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY JACOBS,<br><br>          Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>          Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:24-CV-67-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on August 8, 2024 [D.E. 15], the court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Judgment filed and entered on August 8, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

August 8, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk